JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SHANAE FRANKLIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC,<br>a foreign limited liability company,<br>CASH CENTRAL OF CALIFORNIA,<br>LLC, a California limited liability<br>company, and TOYOTA MOTOR<br>CREDIT CORPORATION, a<br>California corporation,<br><br>　　　　Defendants. | Case No: 5:19-cv-00888-SHK<br><br>*Assigned to*: Hon. Shashi H. Kewalramani<br><br>**[PROPOSED]** **ORDER RE DISMISSAL OF TOYOTA MOTOR CREDIT CORPORATION** |

　　　　Based upon a review of the Stipulation by plaintiff Shanae ("Plaintiff") and defendant Toyota Motor Credit Corporation ("Toyota") to dismiss Toyota with prejudice pursuant to Federal Rule of Civil Procedure 41, Toyota shall be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED

Dated: Marh 31, 2020

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. SHASHI H. KEWALRAMANI
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER RE DISMISSAL OF TOYOTA MOTOR CREDIT CORPORATION